FILED - GR
September 16, 2014 4:17 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_ns/_____   SCANNED BY /klc/ 9/17/14

# United States District Court
# Western District of Michigan

Leonard Hicks

      Plaintiff

                  No.  471-2013-02516

V.

Charter House Holdings, LLC.

      Defendant

**1:14-cv-974**

**Janet T. Neff**
**U.S. District Judge**

## COMPLAINT

1. On July 17ᵗ, 2006, Plaintiff Hicks was employed at Charter House holdings, and had been for approximately five years.

2. On November 28th, 2011, Plaintiff Hicks suffered injury during his course of duties while employed at Charter House.

3. As a result of that injury, Plaintiff Hicks was terminated on March 22nd, 2013.

## Demand for Relief

WHERFORE, the plaintiff demands judgment against the defendant for the sum of $70,000, with interest and cost.

## Jury Demand

Plaintiff demands  a jury trial

Dated this 12th day of September, 2014

*Leonard Hicks*