UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD HICKS,

    Plaintiff,                             Case No. 1:14-cv-974

v.                                     HON. JANET T. NEFF

CHARTER HOUSE HOLDINGS, LLC,

    Defendant.

_____/

## **ORDER**

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 7, 2014 recommending that this Court dismiss Plaintiff's complaint with prejudice for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

A Judgment will be entered consistent with this Order.

Dated: November 3, 2014                                   /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge